# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ANDREWS, JAMES A<br>ANDREWS, DEBORAH L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-71763 BARB<br><br>JUDGE Manuel Barbosa |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE Manuel Barbosa
BANKRUPTCY JUDGE

NOW COMES MEGAN G. HEEG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1. MEGAN G. HEEG was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 07/25/07. The Trustee was appointed on 07/25/07. An order for relief under Chapter 7 was entered on 07/25/07. The Trustee's case bond is in the form of a blanket bond.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of June 30, 2008, is as follows:

    a. RECEIPTS (See Exhibit C)                                 $    7,736.27

    b. DISBURSEMENTS (See Exhibit C)                   $       0.00

    c. NET CASH available for distribution               $    7,736.27

    d. TRUSTEE/PROFESSIONAL COSTS

    1. Trustee compensation requested (See Exhibit E)    $     1,523.63
    2. Trustee Expenses (See Exhibit E)    $     8.58
    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)    $     879.75
  e. Illinois Income Tax for Estate (See Exhibit G)    $     n/a

5. The Bar Date for filing unsecured claims expired on 12/26/07..

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a. Allowed unpaid secured claims    $     0.00
  b. Chapter 7 Administrative and 28 U.S.C. §1930 claims    $     2,411.96
  c. Allowed Chapter 11 Administrative Claims    $     0.00
  d. Allowed priority claims    $     0.00
  e. Allowed unsecured claims    $     13,020.74

7. Trustee proposes that unsecured creditors receive a distribution of 40.89% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $2,411.96. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,411.96. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit F.)

9. A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10. A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 6-30-08

RESPECTFULLY SUBMITTED,

By: /s/ Megan G. Heeg
MEGAN G. HEEG, Trustee
Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Telephone # (815) 288-4949

## Exhibit A

## Description of Trustee Services - Andrews

Preliminary review of Debtors' Petition, Statement of Financial Affairs and Schedules prior to First Meeting of Creditors.

Examination of Debtors at First Meeting of Creditors.

Conducted preliminary discovery with regard to the location and identity of Debtors' underlying financial affairs.

Initial report was prepared.

Prepared all forms necessary for the administration of the estate, including the estate property record, cash receipts and disbursements ledgers, employer identification number, and opening of depository accounts.

Hired counsel to represent estate.

Claims were reviewed, and an objection to claim was pursued.

A Final Report was prepared. Upon approval of the Final Report, distribution will be made, and a Final Account will be made to close this case.

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 07-71763 BARB |
|---|---|
| Case Name: | ANDREWS, JAMES A |
| | ANDREWS, DEBORAH L |
| Period Ending: | 06/30/08 |

| Trustee: | (330490) | MEGAN G. HEEG |
|---|---|---|
| Filed (f) or Converted (c): | 07/25/07 (f) | |
| §341(a) Meeting Date: | 09/14/07 | |
| Claims Bar Date: | 12/26/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1005 8th St, Erie IL | 67,900.00 | 0.00 | DA | 0.00 | FA |
| 2 | First Trust & Savings - checking | 12,760.00 | 7,710.00 | | 7,710.00 | FA |
| 3 | First Trust & Savings - savings | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Normal Compliment of Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Normal Compliment of Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc jewelry & wedding rings | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2 shotguns, 2 rifle, 2 pistols | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term insurance through employer | 1.00 | 0.00 | DA | 0.00 | FA |
| 9 | John Deere - pension | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Trinity Medical Center Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Two savings bonds | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2006 Hyundia Tuscon | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Saturn SL | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Four Winds RV | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2004 Covington Park Model | 28,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Home Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2 dogs, 3 puppies | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | Home owner hand tools | 150.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71763 BARB
**Case Name:** ANDREWS, JAMES A
ANDREWS, DEBORAH L
**Period Ending:** 06/30/08

**Trustee:** (330490)   MEGAN G. HEEG
**Filed (f) or Converted (c):** 07/25/07 (f)
**§341(a) Meeting Date:** 09/14/07
**Claims Bar Date:** 12/26/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Resort Camp Membership | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 26.27 | $0.00 |
| 20 | **Assets** Totals (Excluding unknown values) | **$189,311.00** | **$7,710.00** | | **$7,736.27** | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 31, 2008    **Current Projected Date Of Final Report (TFR):** June 27, 2008  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-71763 BARB
**Case Name:** ANDREWS, JAMES A
ANDREWS, DEBORAH L
**Taxpayer ID #:** 13-7575162
**Period Ending:** 03/31/08

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*61-65 - Money Market Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/23/07 | {2} | James Andrews | Non-exempt portion of funds in Debtor's bank account | 1129-000 | 7,710.00 | | 7,710.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.54 | | 7,710.54 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.84 | | 7,714.38 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.53 | | 7,718.91 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.01 | | 7,722.92 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.93 | | 7,726.85 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.53 | | 7,730.38 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.58 | | 7,731.96 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.43 | | 7,733.39 |
| | | | ACCOUNT TOTALS | | 7,733.39 | 0.00 | $7,733.39 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,733.39 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,733.39 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-71763 BARB
**Case Name:** ANDREWS, JAMES A
ANDREWS, DEBORAH L
**Taxpayer ID #:** 13-7575162
**Period Ending:** 03/31/08

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****61-65 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | 7,733.39 | 0.00 | 7,733.39 |
| MMA # ***-*****61-65 | | | | $7,733.39 | $0.00 | $7,733.39 |

{} Asset reference(s)

Printed: 07/08/2008 12:39 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-71763 BARB  
**Case Name:** ANDREWS, JAMES A  
ANDREWS, DEBORAH L  
**Taxpayer ID #:** 13-7575162  
**Period Ending:** 06/30/08  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****61-66 - Checking Account  
**Blanket Bond:** $150,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/08 | | From Account #*******6165 | prepare Final Report | 9999-000 | 7,736.27 | | 7,736.27 |

| | | Receipts | Disbursements | Account Balances |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,736.27 | 0.00 | $7,736.27 |
| Less: Bank Transfers | | 7,736.27 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****61-65 | 7,736.27 | 0.00 | 0.00 |
| Checking # ***-*****61-66 | 0.00 | 0.00 | 7,736.27 |
| | $7,736.27 | $0.00 | $7,736.27 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ANDREWS, JAMES A<br>ANDREWS, DEBORAH L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-71763 BARB<br><br>JUDGE Manuel Barbosa |

## DISTRIBUTION REPORT

I, <u>MEGAN G. HEEG</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,411.96 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,324.31 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 7,736.27 |

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 2,411.96 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | MEGAN G. HEEG | 1,523.63 | 1,523.63 |
| | MEGAN G. HEEG | 8.58 | 8.58 |
| | Ehrmann Gehlbach Badger & Lee | 866.25 | 866.25 |
| | Ehrmann Gehlbach Badger & Lee | 13.50 | 13.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

DISTRIBUTION REPORT                                                              PAGE 2

| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ | 0.00 | 0.00% |
|---|---|---|---|
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 6. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 7. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 8. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 9. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

EXHIBIT D

DISTRIBUTION REPORT                                                                      PAGE 3

§724(b)(6) - Tax Liens:                                                       $        0.00        0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 13,020.74 | 40.89% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Old National Bank | 13,020.74 | 5,324.31 |
| | | TOTAL $ | 5,324.31 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

EXHIBIT D

DISTRIBUTION REPORT                                          PAGE 4

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 16. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL $ | | 0.00 |

| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL $ | | 0.00 |

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL $ | | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | Sunset Lakes Resort<br>PO Box 107<br>East Moline, IL  61244- | $  3,512.31 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

EXHIBIT D

**DISTRIBUTION REPORT**  **PAGE 5**

DATED: ___6-30-08___   /s/ Megan G. Heeg
MEGAN G. HEEG, Trustee

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 5**

DATED: ___6-30-08___   /s/ Megan G. Heeg