Case Name: Andrews, James and Deborah
Case No:     07-71763

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: July 8, 2008                  WILLIAM T. NEARY
                                     United States Trustee, Region 11


                            BY:   */s/ Carole J. Ryczek*
                                     CAROLE J. RYCZEK
                                     Attorney for the U.S. Trustee