IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 0 9 2008

KENNETH S. GARDNER, CLERK

BY_____
DEPUTY CLERK

IN RE:
ANDREWS, JAMES A
ANDREWS, DEBORAH L

Debtor(s)

CHAPTER 7 CASE

CASE NO. 07-71763 BARB

JUDGE Manuel Barbosa

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         211 S. Court Street
         Rockford, IL 61101
   on:   August 11, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         7,736.27

   b. Disbursements                         $             0.00

   c. Net Cash Available for Distribution   $         7,736.27

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $1,523.63 | |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | | $8.58 |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $866.25 | |

| | | |
|---|---|---|
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | $13.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $13,020.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 40.89%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Old National Bank | $ 13,020.74 | $ 5,324.31 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: 6-30-08    For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores              Page 1 of 1          Date Rcvd: Jul 09, 2008
Case: 07-71763                Form ID: pdf002            Total Served: 12

The following entities were served by first class mail on Jul 11, 2008.
db         +James A Andrews,    PO Box 513,   Erie, IL 61250-0513
jdb        +Deborah L Andrews,    PO Box 513,   Erie, IL 61250-0513
aty        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
11501718   +Bank of America,    NC4105-03-87,    PO Box 21846,    Greensboro, NC 27420-1846
11501720   +First Trust & Savings,    700 Main St,    PO Box 406,   Erie, IL 61250-0406
11501721    Hyundia Motor Finance Co,    PO Box 20829,    Fountain Valley, CA 92728-0829
11501723    Sunrise Credit Services, Inc,    260 Airport Plaza,    PO Box 9100,    Farmingdale, NY 11735-9100
11501724   +Sunset Lakes Resort,    PO Box 107,   East Moline, IL 61244-0107
The following entities were served by electronic transmission on Jul 10, 2008.
tr          +E-mail/Text: KATHY@EGBBL.COM                                    Megan G Heeg,
             Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
11501719    E-mail/PDF: bknotices@bankofthewest.com Jul 10 2008 05:02:21     Bank of the West,   PO Box 4002,
             Concord, CA 94524-4002
11651484   +E-Mail/Text: bankruptcy@oldnational.com                          Old National Bank,
             Attn: Betty Jones,    PO Box 867,   Evansville, IN 47705-0867
11501722    E-mail/Text: bankruptcy@oldnational.com                          Old National Bank,   PO Box 3728,
             Evansville, IN 47736-3728
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
             Dixon, IL 61021-0447
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2008**          **Signature:**   _Joseph Speetjens_